# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MBALLANTYNE LLC, an Idaho limited liability company; and BALLANTYNE C TRUST LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC., a California corporation,<br><br>Defendant. | Case No. 1:17-cv-00332-BLW<br><br>**PROTECTIVE AGREEMENT AND ORDER** |

Currently pending before the Court is the parties' Stipulation for Protective Order (Dkt. 13). Having carefully reviewed the record and otherwise being fully advised, the Court hereby adopts the parties' agreement.

## **ORDER**

IT IS SO ORDERED that the parties' Stipulation for Protective Order (Dkt. 13) is ADOPTED in full and this Protective Order incorporates that Stipulation and the parties are hereby ordered to abide by it.

**PROTECTIVE AGREEMENT AND ORDER - 1.**



DATED: January 8, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**PROTECTIVE AGREEMENT AND ORDER - 2.**